**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
E-Mail: jcecchi@carellabyrne.com
        cbartlett@carellabyrne.com
        decklund@carellabyrne

*Attorneys for Plaintiff*
[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE SOVOCOOL, individually and on behalf of all others similarly situated, | Case No. **C12-02064** |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| THE COCA-COLA COMPANY, | |
| Defendant. | |

CLASS ACTION COMPLAINT

1      Plaintiff, by her attorneys, on behalf of herself and all others similarly situated, makes the
2  following allegations pursuant to the investigation of her counsel and based upon information and
3  belief, except as to allegations specifically pertaining to herself and her counsel, which are based on
4  personal knowledge.

## NATURE OF THE ACTION

6     1.     This class action lawsuit asserts that the leading producer and marketer of branded
7  fruit juices, The Coca-Cola Company ("Coca-Cola" or the "Defendant") has been falsely claiming
8  that its heavily processed, designed and modified "not-from-concentrate" Simply Orange orange
9  juice ("Simply Orange") is "100% Pure Squeezed Orange Juice" and "a pure, natural orange juice
10  with a taste that's the next best thing to fresh-squeezed." In truth, Coca-Cola's Simply Orange is
11  heavily processed and flavored – it is not 100% pure or natural.

12     2.     Mass marketed orange juice such as Coca-Cola's cannot be fresh squeezed as fresh
13  squeezed orange juice is unstable and has a short shelf-life. Fresh squeezed orange juice has a shelf
14  life of approximately ten days refrigerated and between three and six months frozen. Industrial
15  processing and storage improves shelf-life, but adversely affects the flavor, aroma, and nutritional
16  qualities of orange juice. Nonetheless, to extend shelf-life, Coca-Cola's Simply Orange undergoes
17  extensive processing which includes the addition of aromas and flavors. This extensive processing
18  changes the essential nature of Simply Orange sold by Coca-Cola. It is not "pure, natural orange
19  juice." Rather, it is a product that is extensively processed and manipulated, and engineered in
20  laboratories, which explains its shelf-life of more than two months.

21     3.     Coca-Cola is well aware that consumers want and demand natural products, and it
22  seeks to take advantage of that consumer preference by deceptively promoting and marketing its
23  Simply Orange as "pure" and "natural" orange juice even though it has been pasteurized, deaerated,
24  stripped of its flavor and aroma, stored for long periods of time before it ever reaches consumers,
25  and then flavored, before it is packaged directly into the carton. Some of the non-natural aspects of
26  these processes include:

27
28

CLASS ACTION COMPLAINT                        1

1      a.     the removal of naturally present air from the intercellular spaces of the juice through

2    the deaeration process;

3      b.     the reduction and deactivation of naturally occurring enzymes and microbial activity

4    through pasteurization;

5      c.     long term storage of deaerated and pasteurized juices for a year or longer;

6      d.     the addition of chemically engineered "flavor packs" to mimic the flavor that natural

7    orange juice has, which because it is natural, requires no flavor pack; and

8      e.     the mixing of numerous types of oranges from Florida and Brazil that are then

9    flavored to cover up the varietal and geographic differences.

10     4.     Rather than conveying a truthful message that Simply Orange actually is a heavily

11 processed, pasteurized, deaerated, and flavored beverage, Coca-Cola instead markets its Simply

12 Orange deceptively by stating simply that it is not reconstituted from concentrate and that it is

13 "gently pasteurized."

14     5.     Through Coca-Cola's deception, consumers are left with the false belief that Simply

15 Orange is akin to fresh squeezed orange juice. Coca-Cola's Simply Orange is not fresh orange juice

16 and its taste is a result of added flavoring not "gentle" processing as Coca-Cola suggests in its

17 marketing materials and advertisements.

18     6.     Due in part to their false belief of the purity and freshness of Simply Orange,

19 consumers are willing to pay a premium price for Simply Orange.

20     7.     Additionally, Coca-Cola's ability to extract a premium for its Simply Orange would

21 not be possible without the flavoring provided by the flavor pack.

22     8.     Coca-Cola falsely claims that it does not add flavoring to Simply Orange in its

23 advertisements.

24     9.     Coca-Cola uses blending and flavor packs to maintain uniform quality of Simply

25 Orange so that regardless of the season consumers purchase a uniform product with a uniform taste

26 that would be impossible with a fresh squeezed natural orange juice.

27

28

1    10.    Plaintiff seeks relief in this action individually and as a class action on behalf of all
2 purchasers in the United States of Coca-Cola's Simply Orange labeled and marketed as being
3 "100% Pure Squeezed Orange Juice" ("the Class") at any time from March 2006 to the present (the
4 "Class Period") for unjust enrichment, breach of express warranty, fraudulent concealment, and
5 violation of the New Jersey Consumer Fraud Act. Pending completion of discovery, Plaintiff may
6 seek leave to amend the Class definitions.

7                                      **THE PARTIES**

8    11.    Plaintiff Carole Sovocool is a citizen of the State of New Jersey, residing in Glen
9 Ridge, New Jersey. Plaintiff purchased Coca-Cola's Simply Orange at Stop and Shop Supermarket
10 in Clifton, New Jersey and in other grocery stores in and around her home and throughout Essex
11 County, New Jersey during the Class Period for personal, family, or household purposes. Plaintiff
12 saw and read Coca-Cola's misrepresentations that Simply Orange is "100% Pure Squeezed Orange
13 Juice," and relied on such misrepresentations in deciding to purchase Simply Orange. Plaintiff
14 Sovocool would not have purchased Coca-Cola's Simply Orange had Coca-Cola disclosed the true
15 nature of its product on its packaging.

16    12.    Defendant, The Coca-Cola Company, is a Delaware corporation with its principal
17 place of business located at One Coca-Cola Plaza, Atlanta, Georgia 30313.    Defendant
18 manufactures, markets, and sells Simply Orange nationwide.

19                              **JURISDICTION AND VENUE**

20    13.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because
21 there are more than 100 class members and the aggregate amount in controversy exceeds
22 $5,000,000.00, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a
23 state different from Defendant.

24    14.    Pursuant to 28 U.S.C. § 1391, venue is proper in this Court because a Defendant has
25 distributed, advertised and sold Simply Orange, which is the subject of the present complaint, in this
26 District.

27

28

CLASS ACTION COMPLAINT                                                                     3

1
## FACTS COMMON TO ALL CLAIMS

2
**A. Coca-Cola's Simply Orange Is Not Pure, Fresh or Natural**

3    15.    The term "not-from-concentrate" is intended to denote juice that is fresh or close to
4    just squeezed.

5    16.    While consumers may understand that Coca-Cola's Simply Orange is <u>not</u> from
6    concentrate, consumers do not know what it actually <u>is</u>.

7    17.    Without a source of information other than Coca-Cola and the Simply Orange label
8    itself, consumers are left knowing very little about the actual contents of a carton of Simply Orange
9    because of the gap that Coca Cola creates between the reality of its heavily processed Simply
10    Orange product and Coca Cola's marketing rhetoric.

11    18.    Coca-Cola understands that consumer perceptions of foods and in particular, natural
12    foods, affect purchasing decisions and consumption.

13    19.    The term "natural" carries overtones of purity and health.

14    20.    For more than a quarter century, surveys have shown that consumers prefer to buy
15    natural foods whenever possible and that they believe that natural foods taste better than other
16    foods.

17    21.    Similarly, surveys have long shown that a majority of consumers expect that a
18    "100% natural" food is healthier for you and would be more expensive.

19    22.    Consumers do not consider processed foods as nourishing as fresh, unprocessed
20    foods.

21    23.    "Natural" was the number one descriptor consumers looked for when purchasing
22    food and drinks at retail stores in 2010.

23    24.    Nearly 70% of consumers are extremely or very interested in and aware of natural
24    foods generally and more than half of all consumers are extremely or very interested in natural
25    beverages specifically.    At the same time, consumers eschew and deliberately avoid foods and
26    beverages containing preservatives, added flavoring, added colors, and other chemical additives.

27

28

1      25.     Consumers consider safety, taste and purity more important than price when
2 shopping for food and beverages, and will therefore, pay a premium for pure and natural products.

3      26.     Consumers' favorable views of natural beverages influence their behavior and –
4 importantly for Coca-Cola – purchasing decisions.

5      27.     Coca-Cola understands the importance and value of descriptors and labels with the
6 words "fresh," "natural" and "pure" to consumers when considering whether to buy foods and
7 beverages.

8      28.     Coca-Cola also realizes that consumers are increasingly aware of the relationship
9 between health and diet and that consumers are demanding fresh and natural products that are
10 minimally processed.

11      29.     Coca-Cola recognizes the growing interest in premium quality juices, with very mild
12 pasteurization, distributed refrigerated and with a limited shelf-life.

13      30.     Growth of Simply Orange sales has been fueled by consumer perception that Simply
14 Orange is a more natural and premium product than reconstituted orange juice made from
15 concentrate and frozen concentrate.

16      31.     Throughout Coca-Cola's marketing materials, advertising, website, labeling,
17 packaging and point-of-sale materials, Coca-Cola represents that its Simply Orange contains no
18 flavoring, is "unfooled around with," and natural.

19      32.     Coca-Cola also maintains a website for the promotion of its Simply Orange where
20 Coca-Cola makes the following representations:[1]

21 **Plant Tour**

22 Welcome to the simply orange tour. This is our plant (orange tree), these are our workers (oranges
on tree), this is upper management (picture focuses on sun). ***But what you won't find around here***
23 ***is any freezing, flavoring or concentrating. Which brings us to our end product: Simply Orange.***
***Honestly simple.***
24 (Emphasis added)

25 **Secret Recipe/February 13, 2012**

26 Serene picture of orange grove, sound of birds chirping.

27 ───────────────
[1]     Available at http://www.Coca-Cola.com/#/trop_products/productsLanding. swf (last accessed
28 January 13, 2012).

So, how exactly does Simply Orange always taste so fresh and delicious? Well, we're prepared to share our secret recipe. Grab a pen. Ready? *We start with oranges and then we add—nothing! Shocking, I know. Simply Orange. Honestly simple.* (Emphasis added)

**No Version 2.0**

No flashy upgrades. . . *You started unfooled around with. And that's just the way you are going to stay. Not new, not improved. So perfect. Simply Orange. Honestly simple.* (Emphasis added)

**Instructions**

*Do not sweeten, do not concentrate. Do not disturb. Nature at work. Simply Orange. Honestly simple.* (Emphasis added)

33.    Along with emphasizing that its Simply Orange is natural, Coca-Cola repeatedly touts its simplicity, freshness, and purity.

34.    Coca-Cola recognizes that consumers are increasingly concerned about the types of foods they put into their bodies and the role of good nutrition and overall health and well-being.

35.    While Coca-Cola claims that Simply Orange is "Honestly Simple," pure, and natural, Simply Orange is far more complex and scientific.

36.    Coca-Cola's Simply Orange is not "simply" orange juice, but rather is an extensively processed and flavored beverage.

37.    Coca-Cola unscrupulously capitalizes on consumers' heightened demand for natural products by deceptively marketing its Simply Orange.

**B.    Coca-Cola's Simply Orange Is Extracted At Massive Processing Plants**

38.    During the Class Period, Coca-Cola included juice extracted from various types of sweet oranges that were processed at massive orange juice processing plants in Florida and Brazil. These orange juice processing plants utilize Brown International or FMC juice extraction systems or other similar juice extraction equipment, which are controlled by computers in an essentially automated process.

39.    Brown International Corporation systems recover orange juice by reaming. The reamers and cups are mounted in a vertical plane. The reamer heads are attached to turning shafts on the two faces of a revolving cylindrical drum. A feed wheel transfers oranges past a knife, which halves each fruit, to a chain of cups. The cups deliver the orange halves to the reamers, the

juice is collected beneath the reamers, and the reamed half-peels are ejected from the cups by a device called a kicker, which fits into a slot in the cups. There are two product streams recovered at the juice extractor: the pulpy juice and the peel residue. These streams are recovered beneath the extractor lines for further processing. The extracted juice stream goes to a primary finisher with a larger-hole screen size to separate the pulpy juice from the membranes, rags, and seeds. The pulpy juice stream goes to another finisher with a smaller screen to effect separation of the juice and pulp.

40.     FMC extractors operate on the principle of instantaneous separation by squeezing the juice from the fruit. The extractors are arranged in linear rows. The upper and lower cups start to converge upon an orange held by the extractor. The upper and lower cups cut two holes in the fruit and continue converging until the peel is separated from the fruit. Peeled fruit is then squeezed into a strainer tube, which separates juice from seeds and the rest of the fruit.

41.     Since the fruit must be peeled carefully before the juice is extracted to eliminate peel oil in the juice, which is not commercially possible at the massive facilities where Coca-Cola's Simply Orange is extracted, the usual industrial practice is to remove excess oil during a separate de-oiling step.

## C.    Natural Orange Juice Is Not De-Oiled

42.     Coca-Cola endeavors to maximize juice yield from its oranges. Consequently, the juice ends up with too much peel oil.

43.     Because peel oil can reduce the quality of Simply Orange, Coca-Cola removes excess peel oil by vacuum stripping or de-oiling centrifuges.

44.     Coca-Cola, however, removes more oil than may otherwise be necessary so that it can add back its desired flavoring and standardize the Simply Orange taste.

## D.    Natural Orange Juice Does Not Undergo Deaeration

45.     "Air is naturally present in the intercellular spaces of fruits. During fruit maceration, homogenization, and juice extraction cells are crushed, the cell wall is disrupted and air is mixed into the juice. Air can be present as dissolved gas in solution or associated with the pulp particles, for example, in orange juice. During cell disruption, metabolites and enzymes that are normally

1   compartmentalized are mixed, producing chemical and biochemical reactions. Oxygen in air,
2   present in the spaces between the juice vesicles, and from the surroundings, saturates the juice
3   producing oxidation reactions that often result in browning, changes in aroma, and loss of
4   nutritional value. *These reactions are exacerbated by the increase in temperature during*
5   *pasteurization* and reduce the overall quality of the product during storage." R. Garcia-Torres, N.R.
6   Ponagandla, R.L. Rouseff, R.M. Goodrich-Schneider & J.I. Reyes-De-Corcuera, *Effects of*
7   *Dissolved Oxygen in Fruit Juices and Methods of Removal*, 8 Comprehensive Rev. in Food Sci. &
8   Food Safety 409 (2009) (emphasis added).

9       46.    Because oxygen reduces the quality of stored orange juice, Coca-Cola subjects its
10   juice to a deaeration process that removes dissolved oxygen from the juice.

11       47.    Coca-Cola deliberately fails to mention that after being squeezed from oranges, its
12   Simply Orange undergoes deaeration, which strips the juice of oxygen, so it does not oxidize.

13       48.    Flash or vacuum deaeration is the most common method of deaeration in the citrus
14   industry. This method of deaeration "performs the dual role of removing oxygen and removing
15   excess peel oil from orange juice before pasteurization. This operation is called 'flash deaeration'
16   because of the sudden decrease in pressure that preheated juice undergoes as it enters the deaeration
17   tank, producing a practically instantaneous separation." *Effects of Dissolved Oxygen*, 8
18   Comprehensive Rev. in Food Sci. & Food Safety 417 (2009).

19       49.    Importantly, when orange juice is stripped of oxygen it is also stripped of important
20   volatile compounds that provide flavor and aroma.

21       50.    To ensure a high elimination of dissolved oxygen, Coca-Cola preheats its Simply
22   Orange before deaeration. Heating orange juice further alters its flavor and reduces its aromatic
23   quality.

24   **E.**    **Natural Orange Juice Is Not Pasteurized and Then Stored For Up To One Year**

25       51.    Coca-Cola's Simply Orange is also pasteurized to improve its shelf-life, but the
26   improved shelf life comes at the expense of the delicate flavor and aromatic quality of the juice.

27

28

CLASS ACTION COMPLAINT                          8

52. Pasteurization, a form of thermal processing, reduces, inactivates, or eliminates enzyme and microbial activity in orange juice to extend its shelf-life, but also further reduces aroma and flavor qualities, and produces undesirable off-flavor and off-odor compounds.

53. Pasteurization profoundly effects aroma composition and can create off-flavors or their precursors from Maillard, Strecker, and acid-catalyzed hydration reactions.

54. Heating causes irreversible damage to the flavor of orange juice.

55. Numerous tests have revealed the effect of pasteurization on the aromatic composition of orange juice and the decrease in the amounts of important flavor and aroma compounds like acetaldehyde, ethyl butyrate, and hexanal. Finally, aroma and flavor volatiles are further altered by storage. In fact, increased storage time leads to a decrease in sweet odor, strength of the orange odor, sweet flavor, sour flavor, and orange aftertaste, and increases off-flavors and off-odors.

56. Coca-Cola advertises that its Simply Orange is not from concentrate orange juice made from oranges that are "beyond all doubt...truly, sweetly ready" to be turned into Simply Orange. "From there, our recipe is simplicity itself. Do not sweeten. Do not concentrate. Just let oranges be oranges. And let their taste speak for itself" so that Simply Orange always has a "fresh-squeezed taste experience."

57. While pushing the freshness, purity, and simplicity of the product, Coca-Cola fails to disclose to consumers that its product may be made from orange juice that has been pasteurized and, with precise nitrogen blanketing and mixing, stored for a year or more at a temperature of 30 degrees in multi-million gallon tanks at a tank farm. It has been reported that tanks have been used for over 4 years without being cleaned or re-sterilized. This extended stopover between "grove and glass" is never mentioned in Coca-Cola's advertising.

58. "There has been no technological breakthrough or identification of flavor constituents that would enable thermally pasteurized juice or reconstituted concentrate to taste exactly like fresh juice....It may be simply stated that heating irreversibly and negatively alters juice flavor, so that it no longer has the aroma and character of fresh juice." Dan Kimball, Mickey E.

1 Parish & Robert Braddock, *Oranges and Tangerines*, Processing Fruits, Science and Technology
2 630 (Diane M. Barret et al. eds., 2d ed., 2004).

3      59.    These are not sophisticated scientific tenets and Coca-Cola understands that:
4 pasteurization changes physical and chemical properties of orange juice; heat drives off volatiles
5 altering the original flavor of the fresh orange juice; and increased storage time and temperature
6 conditions of storage can cause orange juice to deteriorate in taste and nutritional value.

7      60.    Pasteurization is neither the only, nor necessarily the most altering step of Coca-
8 Cola's production of Simply Orange.

9      61.    Prior to storage in the aseptic tanks Simply Orange is often heated again and is
10 regularly heated once more before it goes into the package.

11      62.    Coca-Cola knows that the more the Simply Orange is heated the more its flavor is
12 depleted.

13 **F.    Natural Orange Juice Is Not Processed with Flavor Packs**

14      63.    Freshly squeezed orange juice smells and tastes fresh naturally.  However, after the
15 volatiles are stripped away from the orange juice and it is processed, the remaining Simply Orange
16 is essentially an insipid, sugary, orange liquid that lacks the flavor and aroma of orange juice.

17      64.    Orange volatile flavor components can be separated into one of two broad categories.
18 The first is the oil-soluble constituents in peel oil and in juice oil.  The other flavor components
19 consist of the water-soluble constituents present in the juice.

20      65.    The majority of the characteristic flavor of fresh squeezed orange juice comes from
21 the water-soluble components found in the juice sacs.  These components are lost during
22 processing, deaeration, pasteurization, and long term storage.

23      66.    Without the addition of flavoring and aroma, Simply Orange would not only be
24 unappealing to consumers, but would also be nearly undrinkable.

25      67.    To revive this liquid to a saleable product, and unbeknownst to reasonable
26 consumers, Coca-Cola re-flavors the product to taste like natural orange juice through the addition
27 of flavor packs.

28

1  68.     Flavor packs are unnatural and are scientifically produced and designed in
2  laboratories by chemists, food scientists and flavorists.

3  69.     The process of creating an objective flavor by blending various natural and/or
4  synthetic aromatic materials is called formulation.  Relying on olfaction and years of training and
5  education, flavorists and perfumers select and blend numerous aromatic compounds for Coca-Cola
6  in conformity with Coca-Cola's needs and product concepts to develop flavoring so that the Simply
7  Orange will have a flavor that includes three different building blocks:

8      a.  Top Note – the top note of flavors is composed of aroma components that volatilize
9         rapidly and have lower flavor retention.  Top note defines the first impression of the
10        flavor.

11     b.  Middle Note – the middle note of flavors consists of aroma components that
12        subsequently volatilize and have moderate flavor retention, and also forms the main
13        body of the flavor.

14     c.  Base Note – the base note is a class of residual aroma components that volatilize very
15        slowly and can linger for long periods of time.  The base note contributes to determine
16        aroma properties of the flavor.

17 70.     During pasteurization and deaeration, the components that compose the top note and
18 middle note are lost from Simply Orange.  Coca-Cola understands that for its Simply Orange to
19 have a refreshing and juicy character, it needs to have a strong top note.

20 71.     Flavorists and flavor packs, not the grower in the grove or the fruit itself, give
21 Simply Orange its distinctive taste.  Thus, the distinctive taste of Simply Orange is a product of
22 science (*i.e.*, flavor packs), not the fruit.

23 72.     The main purposes of the flavor packs are: to provide and intensify aromas and
24 flavors; to supply flavors and aromas that are lost during processing; to suppress or mask undesired
25 flavors that are created during processing and long-term storage; and also to enhance consumer
26 acceptance.

27
28

CLASS ACTION COMPLAINT                                   11

1    73.    Flavorists process orange oils into various types of flavor materials with different
2    levels of notes, flavor intensity, stability, and functionality, which enable Simply Orange to
3    maintain its characteristic flavor 365 days a year.

4    74.    Flavorists use microbiological and enzymatic processes to convert limonene and
5    other peel oil compounds into other, more valuable flavor compounds because of consumers'
6    preference for "natural" flavors.

7    75.    Since both microbial and enzymatic bioconversions are natural processes, Coca-Cola
8    and its flavorists view the resulting products from the bioconversion of orange peel oil components
9    into more valuable flavor compounds as natural.

10    76.    Reasonable consumers would not view orange juice containing flavor compounds
11    derived from microbial or enzymatic bioconversion as "100% Pure Squeezed" or natural.

12    77.    Similarly, flavor components can be obtained by removing terpene hydrocarbons
13    from the recovery essence oil by distillation or extraction. This process is also not natural.

14    78.    Flavorists specially design flavor packs that include water-soluble liquid flavors or
15    emulsified flavors to satisfy Coca-Cola's specific needs and requirements.

16    79.    Emulsified flavors are obtained by adding water and emulsifiers and stabilizers to a
17    flavor base, followed by homogenization. Emulsified flavors do not dissolve, but disperse. To
18    ensure their dispersion state for a long time, the specific gravity of the emulsified flavors is adjusted
19    to a value comparable to Simply Orange.

20    80.    Flavorists design the flavor packs to emphasize and highlight certain aromas and
21    flavors associated with orange juice by fractionating orange oil and essence into individual
22    components, reformulating them, and blending them in varying mixtures. The aroma and flavoring
23    added to Simply Orange bears little resemblance to the natural orange oil and essence that leaves
24    the juice during deaeration or that is altered during pasteurization or storage because of flavor
25    interactions that occur during flavoring.

26    81.    Coca-Cola also uses flavor packs to improve the flavor and aroma of lower quality
27    juice.

28

1     82.    Coca-Cola's distinctive taste is the product of a recipe created by scientists and
2 flavorists and not a product of nature.

3     83.    While no single volatile can be considered a character impact compound, it is
4 generally accepted that fresh orange flavor and aroma are the result of a collection of aroma active
5 volatiles present in low concentrations and it is fairly well accepted that total aldehydes and esters
6 play an important role in orange juice flavor.

7     84.    Aldehydes are found at high concentration in fresh orange juice. Aldehydes,
8 however, are so chemically reactive that their concentrations are altered by thermal processing.

9     85.    For example, studies have shown that acetaldehyde is reduced by thermal processing.
10 Acetaldehyde is the major volatile aldehyde present in orange juice and studies have also shown
11 that it is a major contributor to the fresh, pungent odor quality of freshly squeezed orange juice.

12     86.    Similarly, esters are another group of chemical compounds that provide important
13 flavor and aroma components for freshly squeezed orange juice. Total ester concentration has also
14 been suggested as a measure of orange aqueous essence strength and quality.

15     87.    Ethyl butyrate, also known as ethyl butanoate, is one of the most intense odorants in
16 orange juice and it is fairly well accepted that it is the single most important ester in orange juice.

17     88.    Coca-Cola adds high concentrations of specific chemical compounds to highlight the
18 "candy" flavor of Coca-Cola's Simply Orange.

19     89.    Coca-Cola adds ethyl butyrate to its Simply Orange because it provides the
20 "freshest" characteristics to Simply Orange. The addition of ethyl butyrate, which is water-soluble,
21 dilutes the Simply Orange.

22     90.    Hydrocarbons are another chemical compound whose concentration is low in freshly
23 squeezed orange juice, but vastly greater in Coca-Cola's highly processed Simply Orange.

24     91.    The simple addition of orange peel oil to Simply Orange would not create Coca-Cola
25 Simply Orange's distinctive flavor or mask the effects of the juice's extensive processing because
26 more than 90% of the peel oil consists of terpene hydrocarbons, mainly limonene, but terpene
27 hydrocarbons provide very limited flavor and aroma in orange juice.

28

1    92.    For example, limonene, the most prevalent terpene hydrocarbon, has little, if any,
2    direct flavor or aroma impact because of its high odor thresholds.

3    93.    Moreover, while limonene is a major constituent in processed orange juice, including
4    Simply Orange, its concentration in freshly squeezed orange juice is much lower because of the
5    elevated levels of peel oil that are introduced into the juice during commercial juice extraction.

6    94.    The mixture of volatile compounds with aroma activity is responsible for the
7    characteristic aroma of orange juice.

8    95.    Coca-Cola adds aroma and flavoring to its Simply Orange – the addition of which
9    serves a technical function – to provide its processed orange juice an aromatic and flavor profile
10   closer to fresh juice and to mask the effects of processing and storage. The resulting product does
11   not taste like fresh squeezed orange juice, but rather tastes like Simply Orange.

12   96.    Regardless of the time of year, Simply Orange tastes the same even though it is made
13   from different varieties and different blends of oranges that ripen at different times of the year
14   because Coca-Cola uses added flavoring to maintain product consistency to address variations in the
15   quality, variety, source, and ratios of oranges used (e.g., Valencia, Hamlin or Pera).

16   97.    Coca-Cola adds back a greater volume of volatile compounds and/or better quality
17   volatile compounds to its Simply Orange to: restore flavoring lost by the deleterious effects of
18   processing and long-term storage; create Simply Orange's signature flavor; and ensure consistent
19   taste and quality.

20   98.    Coca-Cola fails to mention the use of flavor packs or that it is the addition of flavor
21   packs to the Simply Orange that makes it taste "fresh" and masks the effects of processing and
22   storage.

23   99.    Coca-Cola claims falsely that Simply Orange is not flavored and deliberately omits
24   any reference to Coca-Cola's use of or reliance upon flavor packs that are designed by flavorists,
25   not grown in an orange grove.

26   100.   Coca-Cola does not disclose to consumers on its labeling or mention in its
27   advertising that its Simply Orange is dependent upon and enhanced by added flavoring and aroma.

28

1  In fact, Coca Cola states just the opposite. Coca Cola expressly advertises on its website that
2  Simply Orange is not flavored and nothing is added.

3       101.    Coca-Cola also claims on its website that the quality, flavor, and characteristics of
4  Simply Orange are a result of gentle squeezing, which is a far cry from the reaming and extraction
5  methods actually used.

6       102.    Reasonable consumers desirous of 100% Pure orange juice have been deceived into
7  purchasing Simply Orange because Coca-Cola does not declare its use of flavoring.

8       103.    Flavor packs, which are made from processed orange oil and essence, are not
9  "processing aids"[2] or "incidental additives" as those terms are defined by the United States Food
10 and Drug Administration because they are added in significant levels and serve a technical function.

11      104.    A 1993 FDA ruling confirmed that orange oil and essence do not qualify as
12 "incidental additives" under an exemption because oils and essence are added to fruit juice for the
13 purposes of fulfilling certain technical functions such as achieving uniform quality and organoleptic
14 properties, and the level of use of the added ingredients is not insignificant. 58 Fed. Reg. 2850 (Jan.
15 6, 1993).

16      105.    Flavor packs should not be added to Simply Orange unless they are clearly identified
17 on the product label.

18      106.    By failing to identify the inclusion of flavor packs while including descriptors such
19 as "100% Pure," natural, "Honestly Simple," and "unfooled around with," the labeling,
20 advertisements, and marketing materials for Simply Orange are deceptive and misleading.

21

22 [2] The FDA defines processing aids as:
23     (a) Substances that are added during the processing of a food but are removed in some manner
        from the good before it is packaged in its finished form;
24     (b) Substances that are added to a food during processing, are converted to constituents
        normally present in the food, and do not significantly increase the amount of constituents
25     naturally found in the food; or
       (c) Substances that are added to a food for their technical or functional effect in the processing
26     but are present in the finished food at insignificant levels and do not have a technical
       function effect in that food.
27     http://www.fsis.usda.gov/pdf/determination_of_processing_aids.pdf (last visited Feb. 3,
28     2012)

1  **G.    Flavor Is The Most Important Quality Criteria For Consumers**

2        107.   Flavor has the strongest effect on quality impressions by consumers.   Similarly,

3  added flavorings are second only to added coloring in the disapproval they engender in consumers.

4        108.   Flavor, more than any other quality criteria for food or beverages, has a double

5  meaning: it represents both substance content and physical properties.

6        109.   Coca-Cola understands that flavor guides consumers' purchasing decisions and their

7  willingness to pay for a product.

8        110.   Coca-Cola also understands by experience that when flavor expectations are met or

9  exceeded, it generates repeat sales and fosters consumer loyalty.

10       111.   Flavor plays a central role in enhancing the value and appeal of Coca-Cola's Simply

11  Orange.

12       112.   A clear, consistent product flavor is crucial for Coca-Cola to ensure consumer

13  satisfaction and maintain the appeal of Simply Orange.

14  **H.    Coca-Cola's Misrepresentations That Simply Orange Is "100% Pure Squeezed Orange
           Juice"**

15       113.   Coca-Cola leaves out the details about how its Simply Orange is produced,

16  processed, and flavored in its advertisements and on its cartons and containers.

17       114.   Coca-Cola has engaged in a uniform marketing and advertising program representing

18  that Simply Orange is "100% Pure Squeezed Orange Juice," "Honestly Simple," natural and made

19  from fresh oranges to induce consumers to purchase Simply Orange in reliance upon these

20  representations.   These representations are prominently displayed on Coca-Cola's label, and within

21  Coca-Cola's advertisements, promotional materials, and website.

22       115.   Coca-Cola's television commercials, print advertising, and on-line marketing is false

23  and misleading in that it implies that the juice inside the carton is "100% Pure Squeezed" orange

24  juice with nothing added.

25       116.   When Florida is not producing oranges, Coca-Cola's Simply Orange is a mixture of

26  Florida juice, some or all of which has been stored from previous seasons, and Pera orange juice

27  processed in Brazil and shipped to the United States.

28

1    117.   Processed not-from-concentrate orange juice from Brazil is exported to ports in the
2  United States in converted bulk carriers, tankers, and other massive shipping vessels. These orange
3  juice tankers carry millions of gallons of orange juice cargo in cylindrical tanks.

4    118.   Brazil contributed as much as 20% of the juice contained in Coca-Cola Simply
5  Orange at times during the Class Period.

6    119.   While Coca-Cola provides videos and images of its groves in Florida, it has never
7  advertised or shown pictures of massive orange juice tankers that carry millions of gallons of orange
8  juice cargo in enormous cylindrical tanks, much less revealed its dependence upon them and their
9  cargo.

10    120.   Coca-Cola's representations that Simply Orange is "100% Pure Squeezed Orange
11  Juice" and natural pertain to the composition, attributes, characteristics, nutritional value, health
12  qualities and value of its Simply Orange. Therefore, Plaintiff and members of the Class purchased
13  products that they would not have purchased or paid more than they otherwise would have been
14  willing to pay if the Simply Orange they purchased had not been mislabeled.

15                           **CLASS ACTION ALLEGATIONS**

16    121.   Plaintiff brings this class action pursuant to Fed. R. Civ. P. 23 (a), (b)(1), (b)(2), and
17  (b)(3) on behalf of the following nationwide consumer class (the "Class"):

18        All purchasers of Coca-Cola's Simply Orange in the United States from
        March 2006 to the present (the "Class Period"). Excluded from the Class are
19        Defendant, its parent, subsidiaries and affiliates, their directors and officers
        and members of their immediate families; also excluded are any federal, state
20        or local governmental entities, any judicial officers presiding over this action
        and the members of their immediate family and judicial staff, and any juror
21        assigned to this action.

22    122.   Members of the Class are so numerous that their individual joinder herein is
23  impracticable. Members of the class number in the thousands. The precise number of Class
24  members and their identities are unknown to Plaintiff at this time but will be determined through
25  discovery. Class members may be notified of the pendency of this action by mail and/or publication
26  through the distribution records of Coca-Cola and third party retailers and vendors.

27
28

CLASS ACTION COMPLAINT                                                                17

1    123.    Common questions of law and fact exist as to all Class members and predominate

2  over questions affecting only individual Class members. Common legal and factual questions

3  include, but are not limited to:

4          (a)  whether Coca-Cola was unjustly enriched by its conduct;

5          (b)  whether Coca-Cola breached an express warranty made to Plaintiff and the
            Class;
6
7          (c)  whether Coca-Cola advertises, or markets Simply Orange in a way that is
            false or misleading;

8          (d)  whether Simply Orange failed to conform to the representations, which were
            published, disseminated and advertised to Plaintiff and the Class;
9
10         (e)  whether Coca-Cola concealed from Plaintiff and the Class that Simply
            Orange did not conform to its stated representations;

11         (f)  whether, by the misconduct set forth in this Complaint, Coca-Cola has
            engaged in unfair, fraudulent or unlawful business practices with respect to
12            the advertising, marketing and sales of Simply Orange; and

13         (g)  whether, as a result of Coca-Cola's misconduct as alleged herein, Plaintiff
            and Class members are entitled to restitution, injunctive and/or monetary
14            relief and, if so, the amount and nature of such relief.

15
     124.    Plaintiff's claims are typical of the claims of the members of the Class as all
16
   members of the Class are similarly affected by Coca-Cola's wrongful conduct. Plaintiff has no
17
   interests antagonistic to the interests of the other members of the Class. Plaintiff and all members
18
   of the Class have sustained economic injury arising out of Coca-Cola's violations of common and
19
   statutory law as alleged herein.
20
     125.    Plaintiff is an adequate representative of the Class because her interests do not
21
   conflict with the interests of the Class members she seeks to represent, she has retained counsel
22
   competent and experienced in prosecuting class actions, and she intends to prosecute this action
23
   vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff and
24
   her counsel.
25
     126.    The class mechanism is superior to other available means for the fair and efficient
26
   adjudication of the claims of Plaintiff and Class members. Each individual Class member may lack
27
   the resources to undergo the burden and expense of individual prosecution of the complex and
28

CLASS ACTION COMPLAINT                                                                    18

1 extensive litigation necessary to establish Coca-Cola's liability. Individualized litigation increases
2 the delay and expense to all parties and multiplies the burden on the judicial system presented by
3 the complex legal and factual issues of this case. Individualized litigation also presents a potential
4 for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer
5 management difficulties and provides the benefits of single adjudication, economy of scale, and
6 comprehensive supervision by a single court on the issue of Coca-Cola's liability. Class treatment
7 of the liability issues will ensure that all claims and claimants are before this Court for consistent
8 adjudication of the liability issues.

## COUNT I
## Unjust Enrichment

10     127.   Plaintiff repeats the allegations contained in the above paragraphs as if fully set forth
11 herein.

12     128.   Plaintiff brings this claim individually and on behalf of the members of the Class
13 against defendant Coca-Cola.

14     129.   Although there are numerous permutations of the elements of the unjust enrichment
15 cause of action in the various states, there are few real differences. In all states, the focus of an
16 unjust enrichment claim is whether the defendant was *unjustly* enriched. At the core of each state's
17 law are two fundamental elements – the defendant received a benefit from the plaintiff and it would
18 be inequitable for the defendant to retain that benefit without compensating the plaintiff. The focus
19 of the inquiry is the same in each state. Since there is no material conflict relating to the elements
20 of unjust enrichment between the different jurisdictions from which class members will be drawn,
21 Georgia law applies to those claims.

22     130.   Plaintiff and Class members conferred a benefit on Coca-Cola by purchasing Simply
23 Orange.

24     131.   Coca-Cola has been unjustly enriched in retaining the revenues derived from Class
25 members' purchases of Simply Orange, which retention under these circumstances is unjust and
26 inequitable because Coca-Cola misrepresented that Simply Orange was "100% Pure Squeezed

27

28

1  Orange Juice" when in fact it was not, which caused injuries to Plaintiff and Class members because
2  they paid *a price premium due* to the mislabeling of Simply Orange.

3  132.  Because Coca-Cola's retention of the non-gratuitous benefit conferred on it by
4  Plaintiff and Class members is unjust and inequitable, Coca-Cola must pay restitution to Plaintiff
5  and the Class members for its unjust enrichment, as ordered by the Court.

6                            **COUNT II**
                    **Breach of Express Warranty**

7  133.  Plaintiff repeats the allegations contained in the above paragraphs as if fully set forth
8  herein.

9  134.  Plaintiff brings this claim on behalf of the nationwide Class.

10  135.  Coca-Cola, as the designer, manufacturer, marketer, distributor, or seller expressly
11  warranted that the Simply Orange was "100% Pure Squeezed Orange Juice."

12  136.  In fact, Simply Orange undergoes extensive processing, lengthy storage, and is
13  dependent upon added aroma and flavoring in a makeup not found in nature.

14  137.  Plaintiff and Class Members were injured as a direct and proximate result of Coca-
15  Cola's breach because: (a) they paid a price premium due to the mislabeling of Simply Orange and
16  (b) Simply Orange did not have the composition, attributes, characteristics, nutritional value, health
17  qualities or value as promised.

18                            **COUNT III**
19      **Violation of the Consumer Fraud Laws of the Various States**

20  138.  Plaintiff repeats the allegations contained in the above paragraphs as if fully set forth
21  herein.

22  139.  By mislabeling and selling Simply Orange as 100% pure and natural when in fact it
23  is not, Coca-Cola has engaged in unfair competition or unlawful, unfair, misleading,
24  unconscionable, or deceptive acts in violation of the state consumer statutes listed below.

25  140.  Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
26  in violation of ALA. CODE § 8.19-1, et seq.

27
28

CLASS ACTION COMPLAINT                                                    20

1       141.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

2  in violation of ALASKA STAT. CODE § 45.50.471, et seq.

3       142.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

4  in violation of ARIZ. REV. STAT. § 44-1522, et seq.

5       143.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

6  in violation of ARK. CODE ANN. § 4-88-107, et seq.

7       144.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

8  or have made false representations in violation of CAL. COMPETITION LAW, BUS. & PROF.

9  CODE § 17200, et seq.

10       145.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

11  or have made false representations in violation of COLO. REV. STAT. § 6-1-101, et seq.

12       146.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

13  in violation of CONN. GEN. STAT. § 42-110b, et seq.

14       147.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

15  in violation of DEL. CODE ANN. tit. 6, § 2511, et seq.

16       148.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

17  or made false representations in violation of D.C. CODE ANN. § 28-3901, et seq.

18       149.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

19  in violation of FLA. STAT. ANN. § 501.201, et seq.

20       150.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

21  in violation of GA. CODE ANN. §10-1-392, et seq.

22       151.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

23  in violation of HAW. REV. STAT. § 480, et seq.

24       152.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

25  in violation of IDAHO CODE § 48-601, et seq.

26       153.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices

27  in violation of 815 ILL. COMP. STAT. 505/1, et seq.

28

CLASS ACTION COMPLAINT                                             21

1    154.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
2    in violation of IND. CODE ANN. § 24-5-0.5-1, et seq.

3    155.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
4    in violation of IOWA CODE §714.16, et seq.

5    156.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
6    in violation of KAN. STAT. § 50-623, et seq.

7    157.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
8    in violation of KY. REV. STAT. ANN. § 367.110, et seq.

9    158.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
10   in violation of LA. REV. STAT. § 51:1404, et seq.

11   159.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
12   in violation of ME. REV. STAT. tit. 5, § 205-A, et seq.

13   160.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
14   in violation of MD. CODE. ANN., COM. LAW § 13-101, et seq.

15   161.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
16   in violation MASS. GEN LAWS ch. 93A, §1, et seq.

17   162.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
18   in violation of MICH. COMP. LAWS § 445.901, et seq.

19   163.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
20   in violation of MINN. STAT. § 8.31, et seq.

21   164.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
22   in violation of MISS. CODE ANN. § 75-24-3, et seq.

23   165.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
24   in violation of MO. REV. STAT. § 407.010, et seq.

25   166.    Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
26   in violation of MONT. CODE ANN. § 30-14-101, et seq.

27

28

CLASS ACTION COMPLAINT                                                      22

167. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of NEB. REV. STAT. § 59-1601, et seq.

168. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of NEV. REV. STAT. 598.0903, et seq.

169. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.H. REV. STAT. ANN. § 358-A:1, et seq.

170. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.M. STAT. ANN. § 57-12-1, et seq.

171. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.Y. GEN. BUS. LAW § 349, et seq.

172. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.J.S.A. 56:8-1, et seq.

173. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.C. GEN. STAT. § 75-1.1, et seq.

174. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of N.D. CENT. CODE § 51-15-01, et seq.

175. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices or made false representations in violation of OKLA. STAT. tit. 15, § 751, et seq.

176. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of OR. REV. STAT. § 646.605, et seq.

177. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of 73 PA. CONS. STAT. § 201-1, et seq.

178. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of R.I. GEN. LAWS § 6-13.1-1, et seq.

179. Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices in violation of S.C. CODE § 39-5-10, et seq.

1   180.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
2   in violation of S.D. CODIFIED LAWS § 37-24-1, et seq.

3   181.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
4   in violation of TENN. CODE ANN. § 47-18-101, et seq.

5   182.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
6   in violation of TEX. BUS. & COM. CODE ANN. § 17.41, et seq.

7   183.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
8   in violation of UTAH CODE. ANN. § 13-11-1, et seq.

9   184.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
10  in violation of VT. STAT. ANN. tit. 9, § 2451, et seq.

11  185.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
12  in violation of VA. CODE ANN. § 59.1-196, et seq.

13  186.   Coca-Cola has engaged in unfair competition or unfair, deceptive or fraudulent acts
14  or practices in violation of WASH. REV. CODE § 19.86.010, et seq.

15  187.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
16  in violation of W. VA. CODE § 46A-6-101, et seq.

17  188.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
18  in violation of WIS. STAT. § 100.18, et seq.

19  189.   Coca-Cola has engaged in unfair competition or unfair or deceptive acts or practices
20  in violation of WYO. STAT. ANN. § 40-12-101, et seq.

21  190.   The acts, practices, misrepresentations and omissions by Coca-Cola described above,
22  and Coca-Cola's dissemination of deceptive and misleading advertising and marketing materials
23  concerning Simply Orange, constitutes unfair competition and unfair or deceptive acts or practices
24  within the meaning of each of the above-enumerated statutes, because each of these statutes
25  generally prohibits deceptive conduct in consumer transactions

26  191.   Defendant violated each of these statutes by representing that Simply Orange is
27  100% pure and natural when in fact it is not.

28

CLASS ACTION COMPLAINT                                                                    24

1    192.    Plaintiff and Class Members were injured as a direct and proximate result of Coca-
2  Cola's unfair, deceptive and/or unconscionable acts and practices, because: (a) Plaintiff and the
3  Class were induced to purchase a product they would not have otherwise purchased had they known
4  its true composition; and (b) Plaintiff and the Class were induced to pay substantially more for
5  Coca-Cola Simply Orange than they would have paid if its true characteristics had not be concealed
6  or misrepresented.

7                                    **COUNT IV**
                        **For Injunctive and Declaratory Relief**

8    193.    Plaintiff repeats the allegations contained in the above paragraphs as if fully set forth
9  herein.

10    194.    As set forth above, through the improper practices described above, Coca-Cola has
11  intentionally misrepresented the nature of Simply Orange sold to Plaintiff and other members of the
12  Class.

13    195.    Coca-Cola's practices described herein are unlawful and against public policy, and
14  therefore, Coca-Cola should be prohibited and enjoined from engaging in these practices in the
15  future and should be compelled to correct the harm caused by its conduct.

16                              **PRAYER FOR RELIEF**

17        WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks

18  judgment against Coca-Cola, as follows:

19    A.    For an order certifying the nationwide Class under Rule 23 of the Federal Rules of
          Civil Procedure and naming Plaintiff as Class Representative and her attorneys as
20        Class Counsel to represent the Class members;

21    B.    For an order declaring that Coca-Cola's conduct violates the statutes referenced
          herein;
22
      C.    For an order finding in favor of the Plaintiff and the nationwide Class on all counts
23        asserted herein;

24    D.    For an order awarding compensatory, treble, and punitive damages in amounts to be
          determined by the Court and/or jury;
25
      E.    For prejudgment interest on all amounts awarded;
26
      F.    For an order of restitution and all other forms of equitable monetary relief;
27
      G.    For injunctive relief as pleaded or as the Court may deem proper; and
28

CLASS ACTION COMPLAINT                                                          25

H.   For an order awarding Plaintiff and the nationwide Class their reasonable attorneys' fees and expenses and costs of suit.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury of all issues so triable.

Dated: April 25, 2012                              Respectfully submitted,

By:   _Sarah N. Westcot_
                    Sarah N. Westcot

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
E-Mail: jcecchi@carellabyrne.com
        cbartlett@carellabyrne.com
        decklund@carellabyrne

*Attorneys for Plaintiff*

CLASS ACTION COMPLAINT                                                    26